In the Matter of DEVON R., a Person Alleged to be a Juvenile Delinquent, Appellant. [717 NYS2d 145] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered on or about October 26, 1998, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed acts which, if committed by an adult, would have constituted two counts of sodomy in the first degree, and placing him in the custody of the Commissioner of Social Services for placement with the Abbott House Residential Treatment Center for 18 months, unanimously modified, on the facts and as an exercise of discretion, to the extent of substituting for appellant's adjudication as a juvenile delinquent a finding that he is a person in need of supervision (PINS), and otherwise affirmed, without costs.

Under the unusual circumstances of this case, which involves an eight-year-old child in need of psychiatric treatment, the court improvidently exercised its discretion in declining to substitute a PINS finding for the juvenile delinquency adjudication (*see*, Family Ct Act § 311.4). Concur—Williams, J. P., Mazzarelli, Ellerin, Wallach and Rubin, JJ.

FIDA S. KHAYAT, Respondent, v LORRAINE GILL et al., Appellants. [716 NYS2d 855] —Order, Supreme Court, New York County (Paula Omanksy, J.), entered on or about August 17, 1999, which granted plaintiff's motion to vacate the action's dismissal and restore the case to the calendar on certain conditions, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered May 5, 2000, withdrawn pursuant to the stipulation of the parties dated October 19, 2000.

Plaintiff demonstrated a reasonable excuse for the delay in moving to restore the action, a meritorious case, a lack of prejudice to defendants, and the absence of an intent to abandon the matter (*see*, *Sanchez v Javind Apt. Corp.*, 246 AD2d 353). Taking the " 'over-all circumstances' " into account (*Nicholos v Cashelard Rest.*, 249 AD2d 187, 190), the appealed order constituted a proper exercise of discretion. Concur—Williams, J. P., Mazzarelli, Ellerin, Wallach and Rubin, JJ.